THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Nicholas Zindel Epps, | : | Chapter 13 |
| Debtor | : | No. : 21-10317-mdc |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Nicholas Zindel Epps hereby certify that a true and correct copy of the Motion to Approve the Mortgage Loan Modification Agreement along with Notice of Motion electronically filed on May 4, 2022 has been served upon the following by the means stated:

***Via Electronic Filing (ECF) on May 4, 2022:***

Rebecca Ann Solarz on behalf of Creditor PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

***Via U.S.P.S first class mail on May 4, 2022:***

All other creditors not otherwise notified by means of ECF.

ROSS, QUINN & PLOPPERT, P.C.

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Date: May 4, 2022    Pottstown, PA 19464
JQuinn@RQPLAW.com
Counsel for Debtor