IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Nicholas Zindel Epps, | : | Chapter 13 |
| Debtor | : | No. : 21-10317-mdc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on May 24, 2022, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on May 24, 2022:*

Rebecca Ann Solarz on behalf of Creditor Pennymac Loan Services, LLC
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

*Via First Class United States Mail on May 24, 2022:*

Alicia S. Ford, Bank. Coord.
Credit Acceptance
25505 W. Twelve Mile Rd
Suite 3000
Southfield MI 48034

Stephanie Daniels, Bank. Pro. Spec.
Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

Angela Kresila, Op. Manager
Troy Capital LLC
2660 S Rainbow Blvd
Las Vegas, NV 89146

Joseph Colavecchi, President
JMMMPC Company
221 E Mark Street
PO Box 131
Clearfield, PA 16830

Norristown Municipal Waste Authority
25 E. Marshall Street
Norristown PA 19401

All other creditors on the mailing matrix not noticed by way of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
    Joseph Quinn, Esquire
    Attorney I.D. 307467
    Ross, Quinn & Ploppert, P.C.
    192 S. Hanover Street, Suite 101
    Pottstown, PA  19464
    Ph: (610) 323-5300
    F:   (610) 323-6081

Dated: May 24, 2022