IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Nicholas Zindel Epps, | : | Chapter 13 |
| Debtor | : | No. : 21-10317-mdc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Nicholas Zindel Epps, Debtor in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on May 24, 2022.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on May 24, 2022.

4. That a certificate of service was filed with the court on May 24, 2022 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before June 14, 2022.

6. No response to said Motion has been received as of June 16, 2022.

ROSS, QUINN & PLOPPERT, P.C.

BY:   */s/ Joseph Quinn*
　　　Joseph Quinn, Esquire
　　　Attorney I.D. No. 307467
　　　192 S. Hanover Street, Suite 101
　　　Pottstown, PA  19464
　　　T: (610) 323 - 5300
　　　F: (610) 323 - 6081
Date:  June 16, 2022　　　JQuinn@rqplaw.com