THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Nicholas Zindel Epps, | : | Chapter 13 |
| Debtor | : | No. : 21-10317-mdc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1.      That I am the attorney for Nicholas Zindel Epps, Debtor in the above-captioned matter.

2.      That a supplemental application for compensation was filed by Debtor's Counsel with the Court on May 27, 2022.

3.      That a copy of the Application, along with the Notice of Application were served on parties in interest on May 27, 2022.

4.      That a certificate of service was filed with the court on May 27, 2022 declaring timely service to parties-in-interest.

5.      A response to the Application was due on or before June 17, 2022.

6.      No response to said Application has been received as of June 20, 2022.

ROSS, QUINN & PLOPPERT, P.C.

BY:     */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
JQuinn@rqplaw.com

Date:  June 20, 2022